UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GREESON,<br><br>   Plaintiff,<br><br>  v.<br><br>DEPUTY MITCHELL, et al.,<br><br>   Defendants. | No. 2:15-cv-1040 KJN P<br><br><br>ORDER |

  Plaintiff is a former county jail inmate, proceeding without counsel. On June 8, 2016, defendants filed a request for settlement conference prior to the expiration of the deadline for filing pretrial motions. The undersigned has reviewed the record and finds good cause exists to schedule this matter for a settlement conference.

  Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for a settlement conference before the undersigned on August 12, 2016, at 9:00 a.m., at the United States District Court, 502 I Street, Sacramento, California 95814 in Courtroom #25;

////

////

1

2.  The parties are required to file an election regarding waiver of disqualification, no later than July 12, 2016.[1]  If a party files a notice of non-waiver of disqualification, a randomly selected magistrate judge will be assigned to conduct the settlement conference on a date and time to be determined by the court.

3.  A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.[2]  Those in attendance must be prepared to discuss the claims, defenses and damages.  The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

4.  The parties are directed to exchange non-confidential settlement statements seven days prior to the settlement conference.  These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  Plaintiff shall mail his non-confidential settlement statement to arrive not less than seven days prior to the settlement conference, addressed to Magistrate Judge Kendall J. Newman, USDC CAED, 501 I Street, Suite 4-200, Sacramento, CA 95814.  The envelope shall be marked "Settlement Statement."  If a party

////

---

[1]  A proposed election form is appended to this order.

[2]  While the exercise of its authority is subject to abuse of discretion review, "the district court has the authority to order parties, including the federal government, to participate in mandatory settlement conferences. . . ."  United States v. United States District Court for the Northern Mariana Islands, 694 F.3d 1051, 1053, 1057, 1059 (9th Cir. 2012)("the district court has broad authority to compel participation in mandatory settlement conference[s]."). The term "full authority to settle" means that the individuals attending the mediation conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  G. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6 F.3d 1385, 1396 (9th Cir. 1993).  The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate.  Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on recon. in part, Pitman v. Brinker Int'l., Inc., 2003 WL 23353478 (D. Ariz. 2003).  The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference.  Pitman, 216 F.R.D. at 486.  An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.  Nick v. Morgan's Foods, Inc., 270 F.3d 590, 596-97 (8th Cir. 2001).

desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

Dated: June 13, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1040.set

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GREESON, | No. 2:15-cv-1040 KJN P |
| Plaintiff, | |
| v. | Election re Waiver of Disqualification |
| DEPUTY MITCHELL, et al., | |
| Defendants. | |

The parties notify the court of the following election:

\_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter.

OR

\_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

DATED:

_____
By: