1  AMIE McTAVISH, ESQ., SB No. 242372
     Email: amctavish@akk-law.com
2  BRUCE A. KILDAY, ESQ., SB No. 066415
     Email: bkilday@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier: (916) 564-6263
6
7
   Attorneys for Defendants MITCHELL and CLINGMAN
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GREESON | Case No.: 2:15-cv-01040-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| DEPUTY MITCHELL, EDSO, DEPUTY DOE-1, EDSO, and DEPUTY CLINGMAN, | |
| Defendants. | |

   The parties, Plaintiff In Pro Per and Defendants through their counsel, hereby stipulate that this matter be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.


                                        */s/ Charles Greeson*
                                        *(Original Signature on file)*
   Dated:  September 9, 2016      By:_____
                                        CHARLES GREESON
                                        In Pro Per

|   |   |
|---|---|
| Dated: September 9, 2016 | ANGELO, KILDAY & KILDUFF, LLP |
|   | */s/ Amie McTavish* |
|   | By:_____ |
|   | AMIE McTAVISH |
|   | BRUCE A. KILDAY |
|   | Attorneys for Defendants |
|   | MITCHELL and CLINGMAN |

### ORDER

**IT IS SO ORDERED.**

Dated: September 13, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1040.dsm